# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00228 |
| | ) | Judge Trauger |
| ANTHONY RUCKER | ) | |
| | ) | |

## **O R D E R**

It is hereby **ORDERED** that a hearing shall be held on the petition to Revoke Supervision (Docket No. 30) on Friday, October 19, 2012, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 16th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge