UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Hearing reset for 1/10/14 at 3:30 p.m.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00228 |
| | ) | Judge Trauger |
| ANTHONY RUCKER | ) | |

## MOTION TO CONTINUE

Comes now the defendant, Anthony Rucker, by and through counsel, Sumter L. Camp, and hereby moves this Honorable Court to continue the hearing date in the above styled cause which is presently set for October 30, 2013. In support of this motion defendant would refer the Court to the affidavit filed herewith.

Respectfully submitted,

s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2013, I electronically filed the foregoing Motion to Continue with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Matthias Onderak, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.
Amanda Russell, U.S. Probation Officer, United States Probation Officer, 110 Ninth Avenue South, Suite A-725, Nashville, TN 37203-3899, has also been served this date via electronic mail.

s/ *Sumter L. Camp*
SUMTER L. CAMP